**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 19-6965**

_____

RONALD MCCLARY,

Plaintiff - Appellant,

v.

MICHAEL BUTLER,

Defendant - Appellee.

_____

**No. 19-7016**

_____

RONALD MCCLARY,

Plaintiff - Appellant,

v.

MARTA KALINSKI, f/k/a Kalinski; CHRISTINA FOX, f/k/a Fox; CASSANDRA
S. LOR, f/k/a Lor,

Defendants - Appellees.

_____

Appeals from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, District Judge.  (5:19-cv-00016-MR; 5:18-cv-00102-MR)

_____

Submitted:  September 26, 2019                    Decided:  October 1, 2019

Before NIEMEYER and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Ronald McClary, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Ronald McClary seeks to appeal the district court's orders denying his motions for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The orders McClary seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeals for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*